**Opinion issued May 14, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00160-CV

————————————

**NANCY LICINI, Appellant**

**V.**

**DOW CORNING WRIGHT CORPORATION, Appellee**

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 1992-58635 IG**

---

## MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Sharp, and Huddle.